**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MCARTHUR L. AARON,

    Petitioner,

v.                                               Case No. 03-CV-74744-DT

CARMEN PALMER,

    Respondent.
                                                     /

**JUDGMENT**

In accordance with the court's "Order Adopting Report and Recommendation and Denying Petition for Writ of Habeas Corpus," dated July 28 , 2005,

IT IS ORDERED AND ADJUDGED that Petitioner's habeas petition [Dkt. # 1] is DISMISSED and judgment is entered in favor of Respondent Carmen Palmer and against Petitioner McArthur L. Aaron.  Dated at Detroit, Michigan, this 28 day of July 2005.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY:__s/Lisa Teets_____
                                                   Lisa Teets, Deputy Clerk
                                                   and Case Manager to
                                                   Judge Robert H. Cleland